United States District Court
Southern District of Texas
FILED

FEB 0 6 2013

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | B-13-80 |
| vs | § | CRIMINAL NO. _____ |
| KHALON WESTBROOKS | § | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

On or about December 6, 2012, in the Southern District of Texas and within the jurisdiction of the Court,

**KHALON WESTBROOKS**

did knowingly possess a counterfeited security, to wit, checks of an organization, to wit, Capital One, which operated in or activities which affect interstate commerce with intent to deceive Wal-Mart.

In Violation of Title 18, United States Code, Section 513(a) and 2.

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
MARIA ELENA LLANOS-SALINAS
Assistant United States Attorney